JS-6

Claudio Espinoza
8175-8177 Commercial Place
South Gate California 90280
559-567-8900
Pro Per, Sui Juris

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE DISTRICT COURT OF THE UNITED STATES FEDERAL COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claudio Espinoza | ) Index No. <u>CV13-5907-ABC [PJWx]</u> |
|  | ) HON. AUDREY B. COLLINS |
| **Plaintiff(s)/Petitioner** | ) |
| vs. | ) **ORDER OF DISMISSAL** |
|  | ) **WITHOUT PREJUDICE** |
| First Guaranty Financial Corp. | ) **AFTER STIPULATION** |
|  | ) |
| LaSalle Bank N.A. As Trustee For Securitized Trust Lehman XS Trust 2007-14H; Lehman Brothers Holdings Inc.; Structured Asset Securities Corp.; Aurora Loan Services, L.L.C.; Nationstar Mortgage, L.L.C.; Cal-Western Reconveyance Corp.; Mortgage Electronic Registration System, AKA "MERS" | ) |
| JOHN OR JANE Does 1-10, unknown investors | ) |
| **Defendants(s)** | |

ORDER OF DISMISSAL WITHOUT PREJUDICE AFTER STIPULATION- Espinoza

## ORDER

PURSUANT TO THE PARTIES' STIPULATION HEREINABOVE, THE COURT ORDERS AS FOLLOWS:

**The above referenced matter shall be dismissed without prejudice.**

IT IS SO ORDERED.

Dated: October 21, 2013

*Audrey B. Collins*

HON. AUDREY B. COLLINS
U.S. DISTRICT COURT JUDGE